UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

National Petition Management, Inc.,

    Plaintiff(s),

v.

Let The Voters Decide, LLC,

    Defendant(s).
_____/

Case No. 2:23-cv-10421

Judge Hon. Shalina D. Kumar

Magistrate Judge Hon. Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Plaintiff, National Petition Management, Inc.**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❑  No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❑  No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: February 17, 2023

/s/ Daniel I. Jedell
Signature
P80850
Bar No.
Zausmer, P.C., 32255 Northwestern Highway, Suite 225
Street Address
Farmington Hills, MI 48335
City, State, Zip Code
(248) 851-4111
Telephone Number
djedell@zausmer.com
Primary Email Address